```
 1                    UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3    STEPHEN DRAGASITS                    )
                                           ) No. 18-CV-0512-WQH-SBC
 4            Plaintiff,                   )
                                           )
 5    v.                                   ) July 7, 2023
                                           )
 6    T. RUCKER, CDCR Officer, et al.,     )
                                           )
 7            Defendants.                  )
      _____) San Diego, California
 8

 9     TRANSCRIPT OF DIGITALLY RECORDED VIDEOCONFERENCED PROCEEDINGS

10                                (Settlement)

11

12        BEFORE THE HONORABLE STEVE B. CHU, MAGISTRATE JUDGE

13

14

15

16

17

18

19

20    COURT REPORTER:          AMANDA M. LeGORE
                               RDR, CRR, CRC, FCRR, CACSR
21                             U.S. District Court
                               333 West Broadway, Suite 420
22                             San Diego, CA 92101
                               amanda_legore@casd.uscourts.gov
23

24

25
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:        CATHERINE McBAIN
                               Casey, Gerry, Schenk, et al.
 3                             110 Laurel Street
                               San Diego, CA  92101
 4                             (619)382-9576
                               kmcbain@cglaw.com
 5

 6
     FOR THE DEFENDANTS:       TERRENCE SHEEHY
 7                             Attorney General of California
                               600 West Broadway, Suite 1800
 8                             San Diego, CA  92101
                               (619)738-9545
 9                             terrence.sheehy@doj.ca.gov

10
     ALSO PRESENT:             PLAINTIFF STEPHEN DRAGASITS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        (Friday, July 7, 2023)
 2
 3                     P R O C E E D I N G S
 4
 5            THE COURT:  Okay.  Good afternoon.  This is Judge
 6   Chu.
 7            Calling matter 18-CV-00512.  That's Stephen Dragasits
 8   versus T. Rucker, et al.
 9            We have just concluded a settlement conference.
10            And may I please have the appearances for the
11   plaintiff, please.
12            ATTORNEY McBAIN:  Yes, your Honor.  It's Catherine
13   McBain on behalf of Stephen Dragasits.
14            THE COURT:  For the defense, please.
15            ATTORNEY SHEEHY:  Good afternoon, your Honor,
16   Terrence Sheehy on behalf of Defendant L. Marshall.
17            THE COURT:  And we also have the plaintiff here.
18   Sir, can you identify yourself.
19            PLAINTIFF DRAGASITS:  My name is Stephen Dragasits.
20   I have a CDC number AR2176.
21            THE COURT:  Thank you, sir.
22            So the parties have engaged in a settlement
23   conference today.
24            After significant negotiation and compromise on all
25   sides, the parties have agreed to settle this matter.  The
```

1   terms shall be as follows:
2            The defense will pay a total sum of $8,000 to the
3   plaintiff, Stephen Dragasits.
4            All parties understand that that amount will go to
5   pay down an existing restitution amount that is owed by
6   Mr. Dragasits.
7            The means and methods of the payment, I will leave
8   that to counsel; whether that's to be done electronic or via
9   paper check.
10           With regard to the other essential terms of this
11  settlement, there's no admission of liability.  Each side is to
12  bear its own costs and fees.  There will be no additional fees
13  or costs that anyone is aware of.
14           A written settlement agreement will follow that will
15  be drafted by Mr. Sheehy and provided to Ms. McBain.
16           Once the settlement agreement has been finalized and
17  signed, the parties can then file a motion -- a joint motion to
18  dismiss that will then conclude this matter.
19           In the meantime, we can set this matter over for a
20  status conference.
21           How long do you -- do you feel that you need to
22  finalize the settlement terms?
23           ATTORNEY SHEEHY:  Your Honor, CDCR always asks for
24  150 days to process the settlement, because it's not just a
25  matter of CDCR writing a check.  They send it to their

1  accounting department.  It goes to the comptroller's office,
2  and then it goes to the treasurer's office.  It's quite a
3  bureaucratic process.
4          So if the Court could set this out for settlement
5  dispo conference several months, I would appreciate that.
6          THE COURT:  Okay.  I believe we can accommodate that.
7          Ms. McBain, any --
8          ATTORNEY McBAIN:  No objection.
9          THE COURT:  Okay.  So in regards to the settlement,
10 again, defense to pay $8,000 to Mr. Stephen Dragasits.  Each
11 side to bear their own costs and fees.
12         Is that agreeable to each side, Mr. Dragasits?  Are
13 you agreeable to those terms?
14         PLAINTIFF DRAGASITS:  I agree to those terms, your
15 Honor.
16         THE COURT:  Thank you.
17         Ms. McBain?
18         ATTORNEY McBAIN:  Yes, your Honor.
19         THE COURT:  And, Mr. Sheehy?
20         ATTORNEY SHEEHY:  Yes, your Honor.  The defense
21 agrees.  And I represent to the Court, on the record, that I
22 have my client's authorization to enter into this settlement.
23         THE COURT:  Okay.  Thank you.
24         So we will set this matter over for a status
25 conference in approximately somewhere in the neighborhood of

1  150 days.  There will be a minute order to follow.
2           Otherwise, I believe we stated the basic terms.  And,
3  again, Mr. Sheehy will follow with a written settlement
4  agreement that will memorialize this in writing.  And I'll
5  trust counsel to work together productively and amicably on
6  that.
7           Does anyone else have anything else to add before we
8  conclude the recording?
9           Mr. -- Ms. McBain?
10          ATTORNEY McBAIN:  No, your Honor.  Thank you.
11          THE COURT:  Mr. Dragasits, anything to add?
12          PLAINTIFF DRAGASITS:  No, your Honor.  Thank you.
13          THE COURT:  Mr. Sheehy?
14          ATTORNEY SHEEHY:  Just one small administrative item.
15          I would like to ask how Mr. Dragasits wants to
16 receive this paperwork.
17          Does he want it sent to the litigation coordinator's
18 office?  Does he want me to send it counsel, and then counsel
19 will send it directly to Mr. Dragasits?
20          I just know, from experience, some people have
21 definitive preferences in how they receive these settlement
22 papers.
23          PLAINTIFF DRAGASITS:  I would guess that -- to send
24 it to Ms. McBain, and then she can send it to me.
25          ATTORNEY McBAIN:  I can do that.

```
 1              PLAINTIFF DRAGASITS:  Do -- do you agree with that?
 2              ATTORNEY McBAIN:  That works, yeah.  Either way will
 3   work.
 4              ATTORNEY SHEEHY:  No problem with me.  I'll send it
 5   to Ms. McBain.  Or -- obviously, send it to her, for her review
 6   first, regardless of the process.  But -- and then I'll leave
 7   it up to her to send it to you, sir.
 8              PLAINTIFF DRAGASITS:  Okay.  Thank you.  Appreciate
 9   that.
10              ATTORNEY SHEEHY:  You're welcome.
11              THE COURT:  Anything else, Mr. Sheehy?
12              ATTORNEY SHEEHY:  No, your Honor.  Thank you.
13              THE COURT:  Okay.  I believe that -- that we're done,
14   then.  Let me conclude the recording.
15              I want to thank and commend all counsel and all
16   parties for their participation and their cooperation here.
17   And the Court will now be in recess on these matters.
18              (Conclusion of proceedings.)
19
20
21
22
23
24
25
```

```
 1
 2
 3                              --oOo--
 4   I certify, by signing below, that the foregoing is a correct
     stenographic transcript, to the best of my ability, of the
 5   digital recording of the audio proceedings had in the
     above-entitled matter this 20th day of October, 2023.  A
 6   transcript without an original signature or conformed signature
     is not certified.  I further certify that the transcript fees
 7   and format comply with those prescribed by the Court and the
     Judicial Conference of the United States.
 8
              /S/ Amanda M. LeGore
 9           _____
10        AMANDA M. LeGORE, RDR, CRR, CRC, FCRR, CACSR 14290
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```