| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 30 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STEPHEN DRAGASITS,

    Plaintiff - Appellant,

v.

T. RUCKER, CDCR Officer, et al.

    Defendants - Appellees.

No. 23-1892

D.C. No. 3:18-cv-00512-WQH-SBC
Southern District of California, San Diego

ORDER

Appellant's motion (Docket Entry No. 7) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT